IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JODI FITTIPALDI and LEXI FITTIPALDI, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>MONMOUTH UNIVERSITY,<br><br>      Defendant. | Case No. 3:20-cv-05526-RLS<br><br>Hon. Rukhsanah L. Singh |

NOTICE OF MOTION FOR FINAL APPROVAL OF
<u>CLASS ACTION SETTLEMENT</u>

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, (2) the Declaration of Philip L. Fraietta and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), and (3) the Declaration of Omar Silva and the exhibits attached thereto, Plaintiffs Jodi Fittipaldi and Lexi Fittipaldi, through their undersigned attorneys, will move this Court, before the Honorable Rukhsanah L. Singh, United States Magistrate Judge, District of New Jersey, at the Clarkson S. Fisher Building, 402 East State Street, Trenton, New Jersey, for an Order, pursuant to Federal Rule of Civil Procedure 23: (i) granting final approval of the Class Action Settlement; (ii) finally certifying the Settlement Class; (iii) finding that the Notice Plan comports with due process and

with Rule 23 of the Federal Rules of Civil Procedure; and (iv) granting such other, further, or different relief as the court deems just and proper.

\* \* \*

A Proposed Final Judgment and Order is submitted herewith.

Dated: December 6, 2022          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:    */s/ Philip L. Fraietta*
        Philip L. Fraietta

Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
Email: swestcot@bursor.com

*Class Counsel*